USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-4-05

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

TEAMSTERS LOCAL 445 FREIGHT DIVISION
PENSION FUND, on its own behalf and on behalf
of all those similarly situated

                             Plaintiff,

    -against-

DYNEX CAPITAL, INC., MERIT SECURITIES
CORPORATION, STEPHEN J. BENEDETTI,
THOMAS H. POTTS, LEHMAN BROTHERS, INC., and
GREENWICH CAPITAL MARKETS, INC.

                             Defendants.

CASE NO. 05 CV 1897

## [REVISED PROPOSED] PRETRIAL ORDER NO. 1

Counsel for plaintiff having moved for appointment of Lead Plaintiff, and approval of Lead Counsel, and due deliberation having been given by the Court,

IT IS HEREBY ORDERED AND DECREED AS FOLLOWS:

I.     **MASTER DOCKET, MASTER FILE AND CAPTION OF CASE**

A.     The docket in Civil Action No. 05-CV-1897 shall constitute a Master Docket for the above-captioned action and any other actions hereafter filed in or transferred to this district and consolidated with Civil Action 05-CV-1897.

B.     The file in Civil Action No. 05-CV-1897 shall constitute a Master File.

C.     Every document filed in the Master File shall bear the caption:

1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Dynex Capital, Inc. Securities Litigation | CASE NO. 05 CV 1897 |

## II.    SUBSEQUENTLY FILED OR TRANSFERRED RELATED ACTIONS

A.    When a case related to the subject matter of the Complaint referred to herein, is hereafter filed in this Court or transferred here from another court and assigned to the Honorable Harold Baer, Jr., the Clerk of this court shall:

1.    place a copy of this order in the separate file for such action;

2.    mail a copy of the order of assignment to plaintiff's Lead Counsel and to counsel for defendants in the consolidated actions;

3.    mail to the attorneys for the plaintiff(s) in the newly filed or transferred case a copy of this Order and to any new defendant(s) in the newly filed or transferred case; and

4.    make an appropriate entry in the Master Docket.

B.    This Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case which might properly be consolidated as a part of this Action

## III.    APPLICATION OF THIS ORDER TO SUBSEQUENTLY FILED CASES

A.    This Pretrial Order No. 1 shall apply to each related action which is subsequently filed in this Court or transferred to this Court unless a party objecting to the consolidation of such case or to any other provision of this Order shall, within ten (10) days after the date upon which a copy of this Order is mailed by the Clerk, file an application for relief from this Order or any provision herein.

B.      All subsequent pretrial orders issued in these proceedings shall be numbered consecutively.  Any reference to an order of this Court in any document filed with the Court shall include the proper number of the Order.

## IV.  **ADMISSION OF ATTORNEYS**

All attorneys for plaintiffs and defendants who are members in good standing of their respective Bars may appear and participate in this Action <u>pro</u> <u>hac</u> <u>vice</u> upon compliance with the rules of this Court.

## V.  **RULES OF PROCEDURE**

Except as otherwise provided herein or by further order of the Court, the rules of the United States District Court for the Southern District of New York shall govern all further proceedings in these actions.

## VI.  **LEAD PLAINTIFF**

Pursuant to Section 21D(a)(B)(V) of the Securities and Exchange Act of 1934, the lead plaintiff shall be Teamsters Local 445 Freight Division Pension Fund, who hereby selects as lead counsel the counsel named in Section VIII below.

## VII.  **ORGANIZATION OF CLASS ACTION PLAINTIFFS' COUNSEL**

A.      The organizational structure of class action plaintiff's counsel established hereunder shall apply to all class action plaintiff's counsel in this Action.

B.      The law firm of Schoengold Sporn Laitman & Lometti, P.C. shall be Lead Counsel.

C.      Lead Counsel shall be responsible for coordinating and organizing plaintiffs in the conduct of this litigation and, in particular, shall:

1.      coordinate plaintiff's pretrial activities and plan for trial;

2.    coordinate the briefing and argument of motions;

3.    coordinate the initiation and conduct of discovery proceedings;

4.    act as spokesperson at pretrial conferences;

5.    negotiate with defense counsel with respect to settlement and other matters;

6.    call meetings of plaintiffs' counsel when appropriate;

7.    make all work assignments to plaintiffs' counsel to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort;

8.    coordinate and direct the preparation for a trial of this matter, and delegate work responsibilities to selected counsel as may be required;

9.    consult with and employ experts;

10.    maintain lists of all class action plaintiffs who have appeared in this action and their addresses and lists of all class action plaintiffs' counsel and their addresses;

11.    coordinate and communicate with defendants' counsel with respect to matters addressed in this paragraph; and

12.    perform such other duties and undertake such other responsibilities as they deem necessary or desirable.

D.    No pleadings or other papers shall be filed or discovery conducted on behalf of class action plaintiffs except through Lead Counsel.  All pleadings or other papers filed with the Court on behalf of class action plaintiffs shall be filed through Lead Counsel.

E.    Lead Counsel shall be the primary contact between plaintiffs' counsel and defendants' counsel as well as the spokespersons for plaintiffs' counsel unless Lead Counsel

designates otherwise.  They shall also be primarily responsible for communicating with the Court to coordinate the conduct of the litigation on behalf of plaintiffs.

## VIII.  **COORDINATION AND CONSOLIDATION OF DISCOVERY**

A.    Plaintiff and defendants shall use their best efforts to avoid unnecessary duplication of discovery.

## IX.  **SERVICE OF PLEADINGS AND OTHER PAPERS**

A.    Defendants' counsel shall effect service of papers on plaintiff's counsel by serving a copy of same on plaintiff's Lead Counsel by overnight mail service, telecopy, hand delivery or by first class mail (in tandem with simultaneous telecopy).  Lead Counsel shall effect service of papers on defendants by serving a copy of same on defendants' counsel by overnight mail service, telecopy, hand delivery or first class mail (in tandem with simultaneous telecopy).

B.    If defendants file a single pleading or other paper directed to all plaintiffs in any later consolidated cases, the response on behalf of the plaintiffs shall be made in a single pleading or other paper to be served by Lead Counsel.  All plaintiffs in any later consolidated action shall be bound by that pleading or paper.

## X.  **MISCELLANEOUS**

A.    Counsel for all parties are directed to cooperate with one another, whenever possible, to promote the expeditious handling of pretrial proceedings in this Action.

B.    This Order may be amended by the Court on its own motion, and any party may apply at any time to this Court for a modification of or exception to this Order.

Dated: _____, 2005
          New York, New York

SO ORDERED:

_____
Harold Baer, Jr., U.S.D.J.

Date: _____