Joseph J. Saltarelli
HUNTON & WILLIAMS LLP
200 Park Avenue, 43rd Floor
New York, NY 10166
(212) 309-1000

   -and-

Edward J. Fuhr (admitted *pro hac vice*)
Terence J. Rasmussen (admitted *pro hac vice*)
HUNTON & WILLIAMS LLP
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, Virginia 23219
(804)788-8200

*Counsel for Defendants Dynex Capital, Inc.,
Merit Securities Corporation, Thomas H. Potts
and Stephen J. Benedetti*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE DYNEX CAPITAL, INC. SECURITIES LITIGATION | Master File No. 05-CV-1897 (HB) |

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that, upon the attached Declaration of Terence J. Rasmussen dated September 11, 2008, with supporting exhibits, and the accompanying Memorandum of Law, Defendants Dynex Capital, Inc., Merit Securities Corporation, Thomas H. Potts and Stephen J. Benedetti (collectively, "Defendants"), by counsel, will move this Court to dismiss this action, pursuant to Fed. R. Civ. P. 12(b)(6), Fed. R. Civ. P. 9(b), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4, 5, for failure to state a claim for securities fraud against the Defendants.

WHEREFORE, for the reasons stated herein and in the accompanying Defendants' Brief in Support of Their Motion to Dismiss Plaintiff's Second Amended Class Action Complaint, and any further briefs or documents filed or argument presented to the Court at any hearings on this motion, Defendants respectfully request that this Court dismiss the Complaint with prejudice.

Dated: September 11, 2008
      New York, New York

                              HUNTON & WILLIAMS LLP

                          By:   /s/ Terence J. Rasmussen
                               Edward J. Fuhr (admitted *pro hac vice*)
                               Terence J. Rasmussen (admitted *pro hac vice*)
                               HUNTON & WILLIAMS LLP
                               951 E. Byrd Street
                               Riverfront Plaza, East Tower
                               Richmond, Virginia 23219
                               (804) 788-8200

                               Joseph J. Saltarelli
                               HUNTON & WILLIAMS LLP
                               200 Park Avenue, 43rd Floor
                               New York, NY 10166
                               (212) 309-1000

                               *Counsel for Defendants Dynex Capital, Inc., Merit Securities Corporation, Thomas H. Potts and Stephen J. Benedetti*

TO:    Joel P. Laitman
        Frank R. Schirripa
        SCHOENGOLD SPORN
         LAITMAN & LOMETTI, P.C.
        19 Fulton Street, Suite 406
        New York, NY 10038
        (212) 964-0046

        *Counsel for Lead Plaintiff Teamsters Local 445 Freight Divisions Pension Fund*

**CERTIFICATE OF SERVICE**

I certify that on the 11th day of September, 2008, a true and accurate copy of the foregoing was served via the Court's ECF Filing System on:

>Joel P. Laitman
>Frank R. Schirripa
>SCHOENGOLD SPORN
>  LAITMAN & LOMETTI, P.C.
>19 Fulton Street, Suite 406
>New York, NY  10038
>(212) 964-0046
>
>*Counsel for Lead Plaintiff Teamsters Local 445*
>*Freight Divisions Pension Fund*

                                                      /s/ Terence J. Rasmussen
                                                       Terence J. Rasmussen