Joseph J. Saltarelli
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, NY 10166
(212) 309-1000

   *-and-*

Edward J. Fuhr (admitted *pro hac vice*)
Terence J. Rasmussen (admitted *pro hac vice*)
HUNTON & WILLIAMS LLP
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, Virginia 23219
(804) 788-8200

*Counsel for Defendants Dynex Capital, Inc.,
Merit Securities Corporation, Thomas H. Potts
and Stephen J. Benedetti*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE DYNEX CAPITAL, INC. SECURITIES LITIGATION | Master File No. 05-CV-1897 (HB) |

### DECLARATION OF TERENCE J. RASMUSSEN IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT

   I, Terence J. Rasmussen, hereby declare the following under penalty of perjury, pursuant to 28 U.S.C. § 1746:

   1.   I am counsel to Defendants Dynex Capital, Inc., Merit Securities Corporation, Thomas H. Potts and Stephen J. Benedetti in the above-captioned matter.  I have been admitted *pro hac vice* to practice in the Southern District of New York in this matter and I am familiar with the pleadings and proceedings in this matter.  I make this declaration in support of

Defendants' Motion to Dismiss Plaintiff's Second Amended Class Action Complaint.

2. Annexed hereto as Exhibit 33 is a true and correct copy of <u>Coble v. Broadvision, Inc.</u>, No. 01-01969, 2002 WL 31093589 (N.D. Cal. Sept. 11, 2002).

3. Annexed hereto as Exhibit 34 is a true and correct copy of <u>In re Am. Express Co. Sec. Litig.</u>, No. 02-5533, 2008 WL 4501928 (S.D.N.Y. Sept. 26, 2008).

4. Annexed hereto as Exhibit 35 is a true and correct copy of <u>In re JP Morgan Chase Sec. Litig.</u>, No. 02-1282, 2007 WL 950132 (S.D.N.Y. Mar. 29, 2007).

5. Annexed hereto as Exhibit 36 is a true and correct copy of <u>In re Optionable Sec. Litig.</u>, -- F. Supp. 2d --, 2008 WL 4223662 (S.D.N.Y. Sept. 15, 2008).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Nov. 5, 2008.

                                                               /s/ Terence J. Rasmussen

## **CERTIFICATE OF SERVICE**

I certify that on the 5th day of November, 2008, a true and accurate copy of the foregoing was sent via first-class mail to:

>Joel P. Laitman
>Frank R. Schirripa
>SCHOENGOLD SPORN
> LAITMAN & LOMETTI, P.C.
>19 Fulton Street, Suite 406
>New York, NY  10038
>(212) 964-0046
>
>*Counsel for Lead Plaintiff Teamsters Local 445*
>*Freight Divisions Pension Fund*

              /s/ Terence J. Rasmussen