**MANDATE**

S.D.N.Y.-N.Y.C.
05-cv-1897
Baer, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 2nd day of June, two thousand eleven,

Present:
    Amalya L. Kearse,
    Rosemary S. Pooler,
    Gerard E. Lynch,
        *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 2, 2011

Dynex Capital, Inc., *et al.*,

            *Petitioners*,

Lehman Brothers, Inc., *et al.*,

            *Defendants*,
v.                                    11-1040-mv

Teamsters Local 445 Freight Division Pension Fund, on its own behalf and on behalf of all others similarly situated,

            *Respondent.*

Petitioner moves, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal the district court's order granting class certification. Upon due consideration, it is hereby ORDERED that the petition is DENIED, because an immediate appeal is unwarranted. *See Hevesi v. Citigroup Inc.*, 366 F.3d 70, 76, 76 n.4 (2d Cir. 2004) (citing *In re Sumitomo Copper Litig.*, 262 F.3d 134, 139-40 (2d Cir. 2001)).

                                    FOR THE COURT:
                                    Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/02/2011