Edward J. Fuhr (admitted *pro hac vice*)
Matthew P. Bosher
HUNTON & WILLIAMS LLP
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, Virginia 23219
(804) 788-8200

    -and-

Joseph J. Saltarelli
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY 10166
(212) 309-1000

*Counsel for Defendants Dynex Capital, Inc.,
Merit Securities Corporation, Thomas H. Potts,
and Stephen J. Benedetti*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE DYNEX CAPITAL, INC. SECURITIES LITIGATION | Master File No. 05-CV-1897 (HB) <br><br> **(MOTION FILED UNDER SEAL)** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Joseph J. Saltarelli, executed July 15, 2010, with supporting exhibits, the accompanying Defendants' Local Rule 56.1 Statement of Material Facts and the accompanying Memorandum of Law, Defendants Dynex Capital, Inc., Merit Securities Corporation, Thomas H. Potts and Stephen J. Benedetti (collectively, "Defendants"), by counsel, will move this Court for an order granting Defendants summary judgment pursuant to Fed. R. Civ. P. 56.

PLEASE TAKE FURTHER NOTICE that answering papers shall be served on or before August 15, 2011, and reply papers shall be served on or before September 6, 2011.

Dated: New York, New York
July 15, 2011

HUNTON & WILLIAMS LLP

By: *Joseph Saltarelli*
Edward J. Fuhr (*pro hac vice*)
efuhr@hunton.com
Matthew P. Bosher
mbosher@hunton.com
HUNTON & WILLIAMS LLP
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, Virginia 23219
(804) 788-8200

- and -

Joseph J. Saltarelli
jsaltarelli@hunton.com
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY 10166
(212) 309-1000

*Counsel for Defendants Dynex Capital, Inc., Merit Securities Corporation, Thomas H. Potts, and Stephen J. Benedetti*

TO: Joel P. Laitman
Christopher Lometti
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
(212) 838-7797

## CERTIFICATE OF SERVICE

I certify that on the 15th day of July, a true copy of the foregoing was served via federal express overnight service delivery to:

>Joel P. Laitman
>Christopher Lometti
>COHEN MILSTEIN SELLERS & TOLL PLLC
>88 Pine Street, 14th Floor
>New York, NY 10005
>212-838-7797
>
>*Counsel for Lead Plaintiff Teamsters Local 445 Freight Divisions Pension Fund*

_____
Joseph J. Saltarelli