**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE DYNEX CAPITAL, INC. SECURITIES LITIGATION** | **Civ. No.: 05-1897 (HB)** |

## NOTICE OF LEAD COUNSEL'S APPLICATION FOR FINAL DISTRIBUTION

PLEASE TAKE NOTICE THAT, Cohen Milstein Sellers & Toll PLLC ("Lead Counsel") hereby submits this Application pursuant to paragraph 12 of the Stipulation of Settlement with Defendants dated November 30, 2011 (the "Stipulation"). By Order and Final Judgment dated March 13, 2012 (the "Final Order"), this Court approved the Settlement and directed the parties to consummate the Stipulation in accordance with its terms and provisions. Paragraph 12 of the Stipulation requires Lead Counsel to apply to the Court for an order (the "Class Distribution Order") approving the Claims Administrator's administrative determinations concerning the acceptance and rejection of claims submitted herein and approving any fees and expenses owed to the Claims Administrator, and directing payment of the Net Settlement Fund to Authorized Claimants. Pursuant to the Stipulation, Lead Counsel hereby applies for the Class Distribution Order and requests that the Court postpone entry of such order for 30 (thirty) days from the filing of this application in order to provide time for any claimant disputing Lead Counsel's recommendations to respond.

In connection with the Application, Lead Counsel also submits a Memorandum of Law and the Affidavit of Jason Zuena, on behalf of Garden City Group, Inc., in support of Lead Counsel's Application for Final Distribution, attached as Exhibit 1 to Lead Counsel's Memorandum of Law.

A proposed order is also submitted herewith.

Dated: March 1, 2013

Respectfully submitted,

*/s/ Christopher Lometti*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Joel P. Laitman
Christopher Lometti
Richard Speirs
Michael B. Eisenkraft
Daniel B. Rehns
Kenneth M. Rehns

88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-0177
Fax: (212) 838-7745

Steven J. Toll
1100 New York Ave NW
Suite 500 West
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Lead Counsel for*
*Lead Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

I, Kenneth M. Rehns, hereby certify that, on March 1, 2013, I caused the foregoing document to be filed electronically with the United States District Court for the Southern District of New York through the Court's mandated ECF service. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

*/s/ Kenneth M. Rehns*
Kenneth M. Rehns